IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN DOE, | : | |
|     Plaintiff | : | |
| | : | No. 1:19-cv-1673 |
|     v. | : | |
| | : | (Judge Kane) |
| UNITED STATES OF AMERICA, | : | |
|     Defendant | : | |

## ORDER

**AND NOW**, on this 21st day of January 2020, in accordance with the Memorandum issued concurrently with this Order, **IT IS ORDERED THAT**:

1. Plaintiff's emergency motion for injunctive relief (Doc. No. 16) is **DENIED**;

2. Plaintiff's request for injunctive relief set forth in his complaint (Doc. No. 1) is **DISMISSED**;

3. The Government's requests to dismiss Plaintiff's complaint pursuant to 28 U.S.C. §§ 1915A & 1915(e)(2) or, alternatively, to transfer the above-captioned case to the Middle District of Florida (Doc. No. 19) are **DENIED**; and

4. The Government is directed to answer or otherwise respond to Plaintiff's complaint within thirty (30) days of the date of this Order.

                                                                         s/ Yvette Kane
                                                                      Yvette Kane, District Judge
                                                                       United States District Court
                                                                       Middle District of Pennsylvania