IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JOHN DOE,
    Plaintiff,

v.

UNITED STATES OF AMERICA,
    Defendant

No. 1:19-cv-1673

(Judge Kane)

## ORDER

**AND NOW**, on this 3rd day of April 2020, in accordance with the Memorandum issued concurrently with this Order, **IT IS ORDERED THAT**:

1. The United States' motion for summary judgment (Doc. No. 26) is **GRANTED**;

2. The Clerk of Court is directed to enter judgment in favor of Defendant United States of America and against Plaintiff John Doe; and

3. The Clerk of Court is directed to **CLOSE** the above-captioned case.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania